FILED

2026 Aug-04  PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| AHGEANA BAILEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.  7:25-cv-01181-MHH-NAD |
| | ) |
| WARDEN BORDEN, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

Petitioner Ahgeana Bailey, a federal inmate, filed a second amended *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 6).  On June 22, 2026, the magistrate judge entered a report in which he recommended that the Court deny Ms. Bailey's motion for an evidentiary hearing and deny and dismiss this habeas petition with prejudice.  (Doc. 15).  The magistrate judge advised the parties of their rights to file objections within 14 days.  (Doc. 15 at 9-10).  To date, the Court has not received objections from either party.

Having considered the materials in the Court's electronic record for this case, the Court adopts the magistrate judge's report and accepts his recommendation.  By separate order the Court will deny Ms. Bailey's motion for an evidentiary hearing and deny Ms. Bailey's amended petition.

**DONE** and **ORDERED** this August 4, 2026.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE